**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

It appearing that the U.S. Attorney's Office has identified former Assistant U.S. Attorneys in Attachment A who are no longer with the U.S. Attorney's Office and no longer represent the United States in cases on the attached list; and

It further appearing that the U.S. Attorney's Office has motioned the Court to terminate the attorneys listed from the cases in Attachment A; therefore

It is hereby ordered that the Clerk is to terminate the attorneys named in the cases on Attachment A.

**ENTER:**

Chief Judge Rebecca R. Pallmeyer

Dated at Chicago, Illinois this 19th day of November, 2020

# EXHIBIT A

| | Last Name | First Name | Middle |
|---|---|---|---|
| 1 | Gilkerson | Nani | Maia |
| 2 | Johsnon | Lela | Darlene |

| Case Number | Defendant Name | AUSA First Name | AUSA Last Name |
|---|---|---|---|
| 1:01-cr-00645-1 | James Garcia | Nani | Gilkerson |
| 1:02-cr-00529-1 | Mario S Crawford | Nani | Gilkerson |
| 1:02-cr-00665-1 | Alan Klimas | Nani | Gilkerson |
| 1:04-cr-00463-1 | Robert Smith | Nani | Gilkerson |
| 1:05-cr-00081-1 | Christopher Millet | Nani | Gilkerson |
| 1:05-cr-00081-2 | Melvin Jones | Nani | Gilkerson |
| 1:05-cr-00314-1 | John Williams | Nani | Gilkerson |
| 1:05-cr-00314-2 | Joe Jackson | Nani | Gilkerson |
| 1:06-cr-00877-1 | Michael David Reilly | Nani | Gilkerson |
| 1:08-cr-00052-1 | Jesus M Rivera | Nani | Gilkerson |
| 1:08-cr-00052-2 | Perry D Black | Nani | Gilkerson |
| 1:08-cr-00643-1 | Melvin Phillips | Nani | Gilkerson |
| 1:08-cr-01016-1 | Glenn D Smith | Nani | Gilkerson |
| 1:11-cr-00637-1 | Charles Wilson | Nani | Gilkerson |
| 1:13-cr-00400-1 | Demetrius Jordan | Nani | Gilkerson |
| 1:13-cr-00400-2 | Dennis Boyd | Nani | Gilkerson |
| 1:13-cv-05664 | House v. S & C Electric Company | Nani | Gilkerson |
| 1:14-cr-00377-1 | Francisco Mayorga | Nani | Gilkerson |
| 1:15-cr-00237-1 | Derek Michael Farmer | Nani | Gilkerson |
| 1:15-cr-00248-1 | Lakreathcia Wideman | Nani | Gilkerson |
| 1:15-cr-00282-1 | Walter Beich | Nani | Gilkerson |
| 1:15-cr-00286-1 | Mohammad Waqas Khan | Nani | Gilkerson |
| 1:15-cr-00336-1 | Rolando Pascual | Nani | Gilkerson |
| 1:15-cr-00339-1 | David Stelmachowski | Nani | Gilkerson |
| 1:15-cr-00339-2 | William Mikaitis | Nani | Gilkerson |
| 1:15-cr-00461-1 | Michael Alexander | Nani | Gilkerson |
| 1:15-cr-00706-1 | Adnan Vadria | Nani | Gilkerson |
| 1:15-cr-00706-2 | Umair Yasin | Nani | Gilkerson |
| 1:15-cv-06637 | Garlovsky v. United States of America | Nani | Gilkerson |
| 1:16-cr-00029-1 | Milton Passon | Nani | Gilkerson |
| 1:16-cr-00119-1 | Sherman S Hall | Nani | Gilkerson |
| 1:16-cr-00149-1 | Devonte Mason | Nani | Gilkerson |
| 1:16-cr-00150-1 | Julian Loeza | Nani | Gilkerson |
| 1:16-cr-00157-1 | Schaneen Charleston | Nani | Gilkerson |
| 1:16-cr-00303-1 | Lawrence Walker | Nani | Gilkerson |
| 1:16-cr-00309-1 | Midian F Shawar | Nani | Gilkerson |
| 1:16-cr-00310-1 | Philip Dale Ipema | Nani | Gilkerson |
| 1:16-cr-00319-1 | Ronald D Lewis | Nani | Gilkerson |
| 1:16-cr-00320-1 | Juan Perez | Nani | Gilkerson |
| 1:16-cr-00328-1 | Roland Pulliam | Nani | Gilkerson |
| 1:16-cr-00357-1 | Pedro Cuellar | Nani | Gilkerson |
| 1:16-cr-00361-1 | Michael Jennings | Nani | Gilkerson |
| 1:16-cr-00361-2 | William Mikaitis | Nani | Gilkerson |
| 1:16-cr-00374-1 | Raul Martinez-Jaimes | Nani | Gilkerson |
| 1:16-cr-00411-1 | Gabriel L Webb | Nani | Gilkerson |
| 1:16-cr-00523-1 | Leonard Zeltser | Nani | Gilkerson |

| | | | |
|---|---|---|---|
| 1:16-cr-00590-1 | Marco Proano | Nani | Gilkerson |
| 1:16-cr-00645-1 | Corinne Dziesiuta | Nani | Gilkerson |
| 1:16-cr-00703-1 | Anthony E Triche | Nani | Gilkerson |
| 1:16-cr-00787-1 | Tracy John | Nani | Gilkerson |
| 1:16-cr-00815-1 | Davontae Newkum | Nani | Gilkerson |
| 1:16-cv-05527 | United States of America v. Collins | Nani | Gilkerson |
| 1:17-cr-00011-1 | Corey Craff | Nani | Gilkerson |
| 1:17-cr-00116-1 | Salvador Rojas-Santos | Nani | Gilkerson |
| 1:17-cr-00172-1 | John Anthony | Nani | Gilkerson |
| 1:17-cr-00173-1 | Anthony Williams | Nani | Gilkerson |
| 1:17-cr-00173-2 | Tyrone Hunter | Nani | Gilkerson |
| 1:17-cr-00173-3 | Calvin Williams | Nani | Gilkerson |
| 1:17-cr-00173-4 | Demetrius Yancy | Nani | Gilkerson |
| 1:17-cr-00173-5 | Ricky Brooks | Nani | Gilkerson |
| 1:17-cr-00173-6 | Jerome Choice | Nani | Gilkerson |
| 1:17-cr-00173-7 | Atkins Williams | Nani | Gilkerson |
| 1:17-cr-00173-8 | Sir Charles Bland | Nani | Gilkerson |
| 1:17-cr-00173-9 | Terrance Brooks | Nani | Gilkerson |
| 1:17-cr-00263-1 | Christopher Lawrence | Nani | Gilkerson |
| 1:17-cr-00438-1 | Ramone Shaffers | Nani | Gilkerson |
| 1:17-cr-00629-1 | Victor Cervantes | Nani | Gilkerson |
| 1:17-cv-07286 | United States of America v. Smith | Nani | Gilkerson |
| 1:18-cr-00103-1 | Rodolfo Medina | Nani | Gilkerson |
| 1:18-cr-00394-1 | Darius Franklin | Nani | Gilkerson |
| 1:18-cr-00394-2 | Jonathan Harris | Nani | Gilkerson |
| 1:18-cr-00394-3 | Willie Kelley | Nani | Gilkerson |
| 1:18-cr-00401-1 | Willie Kelley | Nani | Gilkerson |
| 1:18-cr-00402-1 | Obed Ornelas | Nani | Gilkerson |
| 1:18-cr-00402-2 | Jose Hernandez | Nani | Gilkerson |
| 1:18-cr-00403-1 | Thomas Barfield | Nani | Gilkerson |
| 1:18-cr-00403-10 | Alfred Johnson | Nani | Gilkerson |
| 1:18-cr-00403-2 | Quiera Walls | Nani | Gilkerson |
| 1:18-cr-00403-3 | Charelle Thompson | Nani | Gilkerson |
| 1:18-cr-00403-4 | Nicole Green | Nani | Gilkerson |
| 1:18-cr-00403-5 | Gloria Anderson | Nani | Gilkerson |
| 1:18-cr-00403-6 | Thomas Smith | Nani | Gilkerson |
| 1:18-cr-00403-7 | Jarvis Payne | Nani | Gilkerson |
| 1:18-cr-00403-8 | Michael Jackson | Nani | Gilkerson |
| 1:18-cr-00403-9 | Anton Brown | Nani | Gilkerson |
| 1:18-cr-00449-1 | Alameen Adetunji-Tokosi | Nani | Gilkerson |
| 1:18-cr-00479-1 | Elizabeth Cruz | Nani | Gilkerson |
| 1:18-cr-00479-2 | Jacqueline Green | Nani | Gilkerson |
| 1:18-cr-00560-1 | Kevin Williams | Nani | Gilkerson |
| 1:18-cr-00670-1 | Anthony Sherrod | Nani | Gilkerson |
| 1:19-cr-00236-1 | Lisa Lloyd Taylor | Nani | Gilkerson |
| 1:20-cr-00138-1 | David L Smith | Nani | Gilkerson |
| 1:20-cr-00143-1 | Timothy Davenport | Nani | Gilkerson |

| | | | |
|---|---|---|---|
| 1:20-cv-00552 | United States of America v. Funds in the amou | Nani | Gilkerson |
| 1:20-cv-01210 | United States of America v. Smith | Nani | Gilkerson |
| 1:83-cr-00439-2 | Libarado Saavedra-Escobar | Nani | Gilkerson |
| 1:94-cr-00348-1 | Frankie Alicea | Nani | Gilkerson |

| MC Case Number | Case Name | AUSA Last Name |
|---|---|---|
| 1:16-mc-00239 | United States of America v. The US Express Mail package bearing tracking number EK672004198US | Gilkerson |
| 1:16-mc-00246 | United States of America v. The premises located at 219 Louis Drive, Willow Springs, Illinois | Gilkerson |
| 1:16-mc-00325 | United States of America v. the US Express Mail package bearing tracking number EL188556986US | Gilkerson |
| 1:16-mc-00326 | United States of America v. the US Express Mail package bearing tracking number EL133436683US | Gilkerson |
| 1:16-mc-00364 | United States of America v. The single-family home located at 236 Jonathan Way, Bolingbrook, Illinois | Gilkerson |
| 1:16-mc-00552 | United States of America v. The Microsoft account qdsharon4@hotmail.com | Gilkerson |
| 1:16-mc-00553 | United States of America v. The Google account huaqikuaiche@gmail.com | Gilkerson |
| 1:16-mc-00578 | United States of America v. the Priority Mail package bearing tracking number 9505 5114 6187 6312 0601 07 | Gilkerson |
| 1:16-mc-00609 | United States of America v. the US Express Mail package bearing tracking number EG866821666US | Gilkerson |
| 1:16-mc-60020 | United States of America | Gilkerson |
| 1:17-mc-00020 | United States of America v. The US Express Mail Package bearing tracking number EK992399657US | Gilkerson |
| 1:17-mc-00021 | United States of America v. The US Express Mail package bearing tracking number EL566563371US | Gilkerson |
| 1:17-mc-00520 | United States of America v. United States Mail Package Bearing Tracking Number 9400110200881546239764 | Gilkerson |
| 1:17-mc-00521 | United States of America v. US Express Mail Package Bearing Tracking Number EL786627828US | Gilkerson |
| 1:17-mc-60015 | United States of America | Gilkerson |
| 1:17-mc-60029 | United States of America | Gilkerson |
| 1:17-mc-60048 | United States of America | Gilkerson |
| 1:18-mc-00266 | United States of America v. Residence Located at 204 South Sacramento Avenue, Apartment 1, Chicago, IL | Gilkerson |
| 1:18-mc-00267 | United States of America v. Residence Located at 3406 West Douglas Boulevard, Apartment 3D, Chicago, Illinois | Gilkerson |
| 1:18-mc-00268 | United States of America v. Residence Located at 1268 South St. Louis Avenue, Apartment 3, Chicago, Illinois | Gilkerson |
| 1:18-mc-00271 | United States of America v. The residence located at 3108 West Belmont Avenue, Chicago, Illinois | Gilkerson |
| 1:18-mc-00288 | United States of America v. The residence located at 5133 West Washington Boulevard, Apartment 3, Chicago, Illinois | Gilkerson |
| 1:18-mc-00424 | United States of America v. The residence located at 403 Ballard Drive, Algonquin, Illinois | Gilkerson |
| 1:18-mc-00425 | United States of America v. The residence located at 1725 Birch Place, Apartment 307, Schaumburg, Illinois | Gilkerson |
| 1:18-mc-00432 | United States of America v. The residence located at 3018 West Lexington Street, Unit 2, Chicago, Illinois | Gilkerson |
| 1:18-mc-60020 | United States of America v. Suppressed | Gilkerson |
| 1:19-mc-00105 | United States of America v. Suppressed | Gilkerson |
| 1:19-mc-00106 | United States of America v. The condominium unit located at 300 North State Street, Unit 3232, Chicago, Illinois | Gilkerson |
| 1:19-mc-00343 | United States of America v. Suppressed | Gilkerson |
| 1:19-mc-60001 | United States of America v. Suppressed | Gilkerson |
| 1:19-mc-60010 | United States of America v. Suppressed | Gilkerson |
| 1:20-mc-00081 | United States of America v. Suppressed | Gilkerson |
| 1:20-mc-00085 | United States of America v. Suppressed | Gilkerson |
| 1:20-mc-00119 | United States of America v. Suppressed | Gilkerson |
| 1:20-mc-00120 | United States of America v. Suppressed | Gilkerson |

| Case Number | Defendant Name | AUSA First Name | AUSA Last Name |
|---|---|---|---|
| 1:00-cr-00439-1 | Leobardo Alvarez-Miramontes | Lela | Johnson |
| 1:00-cr-00439-2 | Antonio Magallanes | Lela | Johnson |
| 1:00-cr-00439-3 | Ramiro Magallanes | Lela | Johnson |
| 1:00-cr-00439-4 | Octavio Eduardo Miranda | Lela | Johnson |
| 1:00-cr-00526-1 | Eve M Wolny | Lela | Johnson |
| 1:00-cr-00526-2 | Theresa Dia | Lela | Johnson |
| 1:00-cr-00753-1 | Juan Bravo | Lela | Johnson |
| 1:00-cr-00753-2 | David Schwanbeck | Lela | Johnson |
| 1:00-cr-00845-1 | Miseal Roque-Espinoza | Lela | Johnson |
| 1:00-cr-00848-1 | Tiffany Sue Campbell | Lela | Johnson |
| 1:00-cr-00849-1 | Nicolas Javier Pereira | Lela | Johnson |
| 1:00-cr-00977-1 | Pichit Chongnopklang | Lela | Johnson |
| 1:00-cr-00989-1 | Francisco Rafaela-Morales | Lela | Johnson |
| 1:01-cr-00059-1 | James Rodney Nelson, Jr | Lela | Johnson |
| 1:01-cr-00097-1 | Kenneth James Shelton | Lela | Johnson |
| 1:01-cr-00104-1 | Tremaine L Moore | Lela | Johnson |
| 1:01-cr-00107-1 | Francisco Medina | Lela | Johnson |
| 1:01-cr-00107-2 | Jose Lopez | Lela | Johnson |
| 1:01-cr-00107-3 | Jesus Maza-Jiminez | Lela | Johnson |
| 1:01-cr-00111-1 | Reyes Alvarez Guitierrez | Lela | Johnson |
| 1:01-cr-00161-1 | Mandy Anderson | Lela | Johnson |
| 1:01-cr-00171-1 | Miguel Angel Cruz-Moran | Lela | Johnson |
| 1:01-cr-00171-2 | Antonio Cruz-Moran | Lela | Johnson |
| 1:01-cr-00174-1 | Antonio Cruz-Moran | Lela | Johnson |
| 1:01-cr-00235-1 | Patricia Ward | Lela | Johnson |
| 1:01-cr-00266-1 | Derrick R Jones | Lela | Johnson |
| 1:01-cr-00268-1 | Jerome Alexander | Lela | Johnson |
| 1:01-cr-00369-1 | Nathaniel Saunders | Lela | Johnson |
| 1:01-cr-00377-1 | Bruce Lu | Lela | Johnson |
| 1:01-cr-00386-1 | David A Tomei | Lela | Johnson |
| 1:01-cr-00531-1 | Anthony Tripoli | Lela | Johnson |
| 1:01-cr-00569-1 | Raeshaun Beamon | Lela | Johnson |
| 1:01-cr-00569-2 | Jerry L Wilkinson | Lela | Johnson |
| 1:01-cr-00722-1 | Emilio Sandoval | Lela | Johnson |
| 1:01-cr-00752-1 | Graciela Fonseca Leyva | Lela | Johnson |
| 1:01-cr-00843-1 | Bridgette D Jackson | Lela | Johnson |
| 1:01-cr-00896-1 | Scherron Johnson | Lela | Johnson |
| 1:01-cr-00930-1 | Mark J Pfaff | Lela | Johnson |
| 1:01-cr-00988-1 | Valerie Pearl Ventura | Lela | Johnson |
| 1:01-cr-00988-2 | Florencio Minchala | Lela | Johnson |
| 1:01-cr-00988-3 | Sonia Rivera | Lela | Johnson |
| 1:01-cr-00988-4 | Feliciana Velazquez | Lela | Johnson |
| 1:01-cr-00988-5 | Iveth Vega | Lela | Johnson |
| 1:01-cr-01053-1 | Tremell Carter | Lela | Johnson |
| 1:01-cr-01053-2 | Thomas Johnson | Lela | Johnson |
| 1:01-cr-01090-1 | Paul Amaya | Lela | Johnson |

| | | | |
|---|---|---|---|
| 1:01-cr-01115-1 | Wendy Neal-Cooley | Lela | Johnson |
| 1:01-cr-01115-10 | Felipe Sambrano | Lela | Johnson |
| 1:01-cr-01115-11 | Christine Williams | Lela | Johnson |
| 1:01-cr-01115-12 | Letechia Williams | Lela | Johnson |
| 1:01-cr-01115-13 | Dan Wright | Lela | Johnson |
| 1:01-cr-01115-14 | Deron Wright | Lela | Johnson |
| 1:01-cr-01115-2 | Juan Duran | Lela | Johnson |
| 1:01-cr-01115-3 | Leonel Duran | Lela | Johnson |
| 1:01-cr-01115-4 | Dionne Garcia | Lela | Johnson |
| 1:01-cr-01115-5 | Tino Guzman | Lela | Johnson |
| 1:01-cr-01115-6 | Alfredo Longoria | Lela | Johnson |
| 1:01-cr-01115-7 | Napolean Moore, III | Lela | Johnson |
| 1:01-cr-01115-8 | Miguel Perez, Jr | Lela | Johnson |
| 1:01-cr-01115-9 | Willie Perez | Lela | Johnson |
| 1:02-cr-00098-1 | Wade Neubel, Jr | Lela | Johnson |
| 1:02-cr-00207-1 | Jacqueline Feggins | Lela | Johnson |
| 1:02-cr-00210-1 | James A Musial | Lela | Johnson |
| 1:02-cr-00212-1 | Timeless Cration | Lela | Johnson |
| 1:02-cr-00335-1 | Yousef Latifi | Lela | Johnson |
| 1:02-cr-00517-1 | Kenneth James Thurman | Lela | Johnson |
| 1:02-cr-00528-1 | Ilya Lubenskiy | Lela | Johnson |
| 1:02-cr-00575-1 | Juan Leyva | Lela | Johnson |
| 1:02-cr-00575-2 | Esperanza Leyva | Lela | Johnson |
| 1:02-cr-00596-1 | Christopher Cadette | Lela | Johnson |
| 1:02-cr-00644-1 | Joy Lamb | Lela | Johnson |
| 1:02-cr-00926-1 | Jessie Isaac | Lela | Johnson |
| 1:02-cr-00926-2 | Hilda Rosa Figueroa | Lela | Johnson |
| 1:02-cr-00926-3 | Christina Murillo | Lela | Johnson |
| 1:02-cr-00926-4 | Stephanie Kirgan | Lela | Johnson |
| 1:02-cr-00926-5 | Marie Wordlaw | Lela | Johnson |
| 1:02-cr-00926-6 | Theresa Robinson | Lela | Johnson |
| 1:02-cr-00926-7 | Luz Vega | Lela | Johnson |
| 1:02-cr-00941-1 | Laraya Bagby | Lela | Johnson |
| 1:02-cr-00959-1 | Viva Humphrey | Lela | Johnson |
| 1:02-cr-01118-1 | Belinda O'Neal | Lela | Johnson |
| 1:02-cr-01122-1 | Juvenal Avila-Ibarra | Lela | Johnson |
| 1:02-cr-01129-1 | Curtis Diggs | Lela | Johnson |
| 1:02-cr-01129-10 | Melvain Poole | Lela | Johnson |
| 1:02-cr-01129-11 | Lavar Harris | Lela | Johnson |
| 1:02-cr-01129-12 | Ivory Dugar | Lela | Johnson |
| 1:02-cr-01129-2 | Charles McGath | Lela | Johnson |
| 1:02-cr-01129-3 | Rickey Clark | Lela | Johnson |
| 1:02-cr-01129-4 | Roy Hill | Lela | Johnson |
| 1:02-cr-01129-5 | Hasani Ball, II | Lela | Johnson |
| 1:02-cr-01129-6 | Michael Pugh | Lela | Johnson |
| 1:02-cr-01129-7 | Jabari Walker | Lela | Johnson |
| 1:02-cr-01129-8 | Casey Stewart | Lela | Johnson |

| | | | |
|---|---|---|---|
| 1:02-cr-01129-9 | Jerry Barker | Lela | Johnson |
| 1:02-cr-01147-1 | Alice L Werkau | Lela | Johnson |
| 1:02-cr-01183-1 | DeLeon D Lewis | Lela | Johnson |
| 1:02-cr-01192-1 | Daniel Lopez | Lela | Johnson |
| 1:02-cr-01200-1 | Jose Herrera Saucedo | Lela | Johnson |
| 1:02-cr-01233-1 | Guy R Fortin | Lela | Johnson |
| 1:02-cr-01234-1 | Thomas Friend Warsaw | Lela | Johnson |
| 1:03-cr-00063-1 | Shaun Cross | Lela | Johnson |
| 1:03-cr-00209-1 | Linette Reed | Lela | Johnson |
| 1:03-cr-00342-1 | Moises Maldonado Moreno | Lela | Johnson |
| 1:03-cr-00342-2 | Antonio Moreno Flores | Lela | Johnson |
| 1:03-cr-00423-1 | Juan Figueroa-Brito | Lela | Johnson |
| 1:03-cr-00465-1 | Ricky Phillips | Lela | Johnson |
| 1:03-cr-00505-1 | William D Naselli | Lela | Johnson |
| 1:03-cr-00514-1 | Jorge Delamora | Lela | Johnson |
| 1:03-cr-00514-2 | Joseph Ayala | Lela | Johnson |
| 1:03-cr-00529-1 | Brian Vandolah | Lela | Johnson |
| 1:03-cr-00563-1 | Richard J Rapp | Lela | Johnson |
| 1:03-cr-00685-1 | Gilberto De Lahoya | Lela | Johnson |
| 1:03-cr-00685-2 | Leonal Bernal | Lela | Johnson |
| 1:03-cr-00716-1 | Antonio Moreno Flores | Lela | Johnson |
| 1:03-cr-00773-1 | Raul Gomez | Lela | Johnson |
| 1:03-cr-00995-1 | Victor Agama | Lela | Johnson |
| 1:03-cr-00995-2 | Andy Quiroz | Lela | Johnson |
| 1:03-cr-00995-3 | Rachele Ledesma | Lela | Johnson |
| 1:03-cr-00995-4 | Alex Carrera | Lela | Johnson |
| 1:03-cv-01725 | In Re: Yanoucheva v. | Lela | Johnson |
| 1:04-cr-00066-1 | Eric Valentine | Lela | Johnson |
| 1:04-cr-00066-2 | Noah Burton | Lela | Johnson |
| 1:04-cr-00105-1 | Daniel Rodrigues | Lela | Johnson |
| 1:04-cr-00105-2 | Maria Martinez | Lela | Johnson |
| 1:04-cr-00105-3 | Eberto Guevara | Lela | Johnson |
| 1:04-cr-00129-1 | Chester Meeks | Lela | Johnson |
| 1:04-cr-00129-2 | Wallace Nunn | Lela | Johnson |
| 1:04-cr-00186-1 | Roosevelt Winfrey | Lela | Johnson |
| 1:04-cr-00464-1 | Marvel Thompson | Lela | Johnson |
| 1:04-cr-00464-10 | Varney Voker | Lela | Johnson |
| 1:04-cr-00464-11 | Varmah Voker | Lela | Johnson |
| 1:04-cr-00464-12 | LaSean Ford | Lela | Johnson |
| 1:04-cr-00464-13 | Alfred Creamer | Lela | Johnson |
| 1:04-cr-00464-14 | Willie Moten | Lela | Johnson |
| 1:04-cr-00464-15 | Antoine Pennington | Lela | Johnson |
| 1:04-cr-00464-16 | Marvel McCray | Lela | Johnson |
| 1:04-cr-00464-17 | Jereal Reid | Lela | Johnson |
| 1:04-cr-00464-18 | Nino Asemota | Lela | Johnson |
| 1:04-cr-00464-19 | Ronnel Hudson | Lela | Johnson |
| 1:04-cr-00464-2 | Donnell Jehan | Lela | Johnson |

| | | | |
|---|---|---|---|
| 1:04-cr-00464-20 | Antoine McDaniels | Lela | Johnson |
| 1:04-cr-00464-21 | Royal Garrett | Lela | Johnson |
| 1:04-cr-00464-22 | Jermaine Irving | Lela | Johnson |
| 1:04-cr-00464-23 | George Washington | Lela | Johnson |
| 1:04-cr-00464-24 | James Williams | Lela | Johnson |
| 1:04-cr-00464-25 | Julian Chism | Lela | Johnson |
| 1:04-cr-00464-26 | Terrance Streeter | Lela | Johnson |
| 1:04-cr-00464-27 | Henry Ingram | Lela | Johnson |
| 1:04-cr-00464-28 | Shelby Hurd | Lela | Johnson |
| 1:04-cr-00464-29 | Julian Robinson | Lela | Johnson |
| 1:04-cr-00464-3 | Albert Span | Lela | Johnson |
| 1:04-cr-00464-30 | Derrick White | Lela | Johnson |
| 1:04-cr-00464-31 | Deon Holloway | Lela | Johnson |
| 1:04-cr-00464-32 | Barry Mickiel | Lela | Johnson |
| 1:04-cr-00464-33 | Eric Johnson | Lela | Johnson |
| 1:04-cr-00464-34 | Finnie Hawkins | Lela | Johnson |
| 1:04-cr-00464-35 | Carl - Brown | Lela | Johnson |
| 1:04-cr-00464-36 | Keith Lockhart | Lela | Johnson |
| 1:04-cr-00464-37 | Henry Jenkins | Lela | Johnson |
| 1:04-cr-00464-38 | Ernest Clark | Lela | Johnson |
| 1:04-cr-00464-39 | Delarius Reynolds | Lela | Johnson |
| 1:04-cr-00464-4 | Kenyatta Coates | Lela | Johnson |
| 1:04-cr-00464-40 | Generall Voker | Lela | Johnson |
| 1:04-cr-00464-41 | Zebedee Thomas | Lela | Johnson |
| 1:04-cr-00464-42 | Willie Turner | Lela | Johnson |
| 1:04-cr-00464-43 | Gregory Hampton | Lela | Johnson |
| 1:04-cr-00464-44 | Paul Slaughter | Lela | Johnson |
| 1:04-cr-00464-45 | Juanell Copeland | Lela | Johnson |
| 1:04-cr-00464-46 | Nicholas Bella | Lela | Johnson |
| 1:04-cr-00464-47 | Lawrence Tate | Lela | Johnson |
| 1:04-cr-00464-5 | Melvin Herbert | Lela | Johnson |
| 1:04-cr-00464-6 | Corey Evans | Lela | Johnson |
| 1:04-cr-00464-7 | Jimmy McAfee | Lela | Johnson |
| 1:04-cr-00464-8 | Randy Carter | Lela | Johnson |
| 1:04-cr-00464-9 | James Stewart | Lela | Johnson |
| 1:04-cr-00646-1 | Manuel Lucero | Lela | Johnson |
| 1:04-cr-00778-1 | Witold Osinski | Lela | Johnson |
| 1:04-cr-00778-10 | Jerzy Matysik | Lela | Johnson |
| 1:04-cr-00778-11 | Alexander Simons | Lela | Johnson |
| 1:04-cr-00778-12 | Serguei Kobets | Lela | Johnson |
| 1:04-cr-00778-13 | Miroslaw Gorecki | Lela | Johnson |
| 1:04-cr-00778-14 | Krzyzstof Gornik | Lela | Johnson |
| 1:04-cr-00778-15 | Arkadiusz Truchalski | Lela | Johnson |
| 1:04-cr-00778-16 | Ludwik Truchalski | Lela | Johnson |
| 1:04-cr-00778-17 | Michal Skopek | Lela | Johnson |
| 1:04-cr-00778-18 | Yevgeniya Zaslavskaya | Lela | Johnson |
| 1:04-cr-00778-19 | Slawomir Kalota | Lela | Johnson |

| | | | |
|---|---|---|---|
| 1:04-cr-00778-2 | Waclaw Rygiel | Lela | Johnson |
| 1:04-cr-00778-20 | Beata Kazuba | Lela | Johnson |
| 1:04-cr-00778-21 | Robert Rygiel | Lela | Johnson |
| 1:04-cr-00778-22 | Cynthia Taylor | Lela | Johnson |
| 1:04-cr-00778-3 | Krystyna Dziewit | Lela | Johnson |
| 1:04-cr-00778-4 | Michael Pawlowski | Lela | Johnson |
| 1:04-cr-00778-5 | William Kurczodyna | Lela | Johnson |
| 1:04-cr-00778-6 | Zofia Turkiewicz | Lela | Johnson |
| 1:04-cr-00778-7 | Margaret Florczyk | Lela | Johnson |
| 1:04-cr-00778-8 | Slawomir Szczepaniak | Lela | Johnson |
| 1:04-cr-00778-9 | Agata Tomal Matysik | Lela | Johnson |
| 1:04-cr-01012-1 | Krzysztof Stojkowski | Lela | Johnson |
| 1:04-cr-01093-1 | Jacinto Zavala | Lela | Johnson |
| 1:04-cv-00237 | USA v. Roque-Espinoza | Lela | Johnson |
| 1:05-cr-00142-1 | Charles Mainsah | Lela | Johnson |
| 1:05-cr-00142-2 | Shelitra Acklin | Lela | Johnson |
| 1:05-cr-00142-3 | Don Temple | Lela | Johnson |
| 1:05-cr-00348-1 | Lance B Shaviers | Lela | Johnson |
| 1:05-cr-00580-1 | LaDonald Dugger | Lela | Johnson |
| 1:05-cr-00601-1 | Saulo Salinas-Ospina | Lela | Johnson |
| 1:05-cr-00601-2 | Saulo Johnny Salinas Meneses | Lela | Johnson |
| 1:05-cr-00601-3 | Oscar Palacios | Lela | Johnson |
| 1:05-cr-00601-4 | Esteban Colon | Lela | Johnson |
| 1:05-cr-00601-5 | Johnny Vasquez-Alvarez | Lela | Johnson |
| 1:05-cr-00601-6 | Sandra Mendez | Lela | Johnson |
| 1:05-cr-00601-7 | Juan Jose Vasquez | Lela | Johnson |
| 1:05-cr-00601-8 | Juan Alberto Castillo | Lela | Johnson |
| 1:05-cr-00672-1 | Shaun Cross | Lela | Johnson |
| 1:05-cr-00672-2 | Evelyn Allen | Lela | Johnson |
| 1:05-cr-00672-3 | Latonya Allen | Lela | Johnson |
| 1:05-cr-00672-4 | Jennifer Richardson | Lela | Johnson |
| 1:05-cr-00672-5 | Azureeiah O'Connor | Lela | Johnson |
| 1:05-cr-00672-6 | Erica Davis Wells | Lela | Johnson |
| 1:05-cr-00672-7 | Stephanie Scott | Lela | Johnson |
| 1:05-cr-00672-8 | Lynelle Wells | Lela | Johnson |
| 1:05-cr-00672-9 | Monique Hobson | Lela | Johnson |
| 1:05-cr-01004-1 | Anthony Phillips | Lela | Johnson |
| 1:05-cv-02698 | Saunders | Lela | Johnson |
| 1:05-cv-03805 | Isaac | Lela | Johnson |
| 1:06-cr-00017-1 | Walter J. Fuller, Jr | Lela | Johnson |
| 1:06-cr-00343-1 | James D. Rayford | Lela | Johnson |
| 1:06-cr-00367-1 | Francisco Lavine | Lela | Johnson |
| 1:06-cr-00367-2 | Alfred Taylor | Lela | Johnson |
| 1:06-cr-00377-1 | Gaylon Ryg | Lela | Johnson |
| 1:06-cr-00548-1 | Rahman Muhammad | Lela | Johnson |
| 1:06-cr-00567-1 | William Flood | Lela | Johnson |
| 1:06-cr-00649-1 | Michael Bartolic | Lela | Johnson |

| | | | |
|---|---|---|---|
| 1:06-cr-00649-2 | Steven Press | Lela | Johnson |
| 1:06-cr-00649-3 | Jason Press | Lela | Johnson |
| 1:06-cr-00696-1 | Henry Barefield | Lela | Johnson |
| 1:06-cr-00878-1 | Michael Simmons | Lela | Johnson |
| 1:07-cr-00007-1 | Scott Lewis | Lela | Johnson |
| 1:07-cr-00007-2 | Vernon Williams | Lela | Johnson |
| 1:07-cr-00007-3 | Lavoyne Billingsley | Lela | Johnson |
| 1:07-cr-00020-1 | Ramon Trujillo | Lela | Johnson |
| 1:07-cr-00020-2 | Joel Trujillo | Lela | Johnson |
| 1:07-cr-00020-3 | Raul Pedro Cerrillos-Guillen | Lela | Johnson |
| 1:07-cr-00020-4 | Gerardo Godines-Zamora | Lela | Johnson |
| 1:07-cr-00351-1 | Alton Marshall | Lela | Johnson |
| 1:07-cr-00351-2 | David Vance | Lela | Johnson |
| 1:07-cr-00351-3 | Henry Bluford | Lela | Johnson |
| 1:07-cr-00365-1 | Nga Nguyen | Lela | Johnson |
| 1:07-cr-00569-1 | Keir Sprouts | Lela | Johnson |
| 1:07-cr-00708-1 | Gabriel Thompson | Lela | Johnson |
| 1:07-cr-00780-1 | Thelma Lustania | Lela | Johnson |
| 1:07-cr-00793-1 | Amjad Sheikh-Ali | Lela | Johnson |
| 1:07-cv-00602 | Vega | Lela | Johnson |
| 1:08-cr-00513-1 | LaShawn Littrice | Lela | Johnson |
| 1:08-cr-00521-1 | Roberto Sanchez | Lela | Johnson |
| 1:08-cr-00521-2 | Raul Gallegos Rojas | Lela | Johnson |
| 1:08-cr-00521-3 | Mario Diaz | Lela | Johnson |
| 1:08-cr-00521-4 | Javier Chavez | Lela | Johnson |
| 1:08-cr-00531-1 | Lorenzo Ingram | Lela | Johnson |
| 1:08-cr-00531-2 | Martel Jackson | Lela | Johnson |
| 1:08-cr-00531-3 | Antoine Jackson | Lela | Johnson |
| 1:08-cr-00531-4 | Crystal Jackson | Lela | Johnson |
| 1:08-cr-00531-5 | Christopher Mosby | Lela | Johnson |
| 1:08-cr-00531-6 | Leachele Whitehead | Lela | Johnson |
| 1:08-cr-00532-1 | Jacque Buckley | Lela | Johnson |
| 1:08-cr-00532-2 | Robert Joyner | Lela | Johnson |
| 1:08-cr-00533-1 | Martin K Pegues | Lela | Johnson |
| 1:08-cr-00681-1 | Frederick D Perkins | Lela | Johnson |
| 1:08-cr-00716-1 | Lorenzo Ingram | Lela | Johnson |
| 1:08-cr-00843-1 | Robert L McKinney | Lela | Johnson |
| 1:08-cr-00852-1 | Paul George | Lela | Johnson |
| 1:08-cr-00931-1 | Mario Leal | Lela | Johnson |
| 1:08-cr-00931-2 | Kenneth Gutierrez | Lela | Johnson |
| 1:08-cv-03278 | Phillips v. United States of America et al | Lela | Johnson |
| 1:08-cv-03998 | United States of America v. Rayford | Lela | Johnson |
| 1:08-cv-05654 | United States of America v. Stojkowski | Lela | Johnson |
| 1:09-cr-00392-1 | James William Bonebrake | Lela | Johnson |
| 1:09-cr-00627-1 | Anthony Barcelo | Lela | Johnson |
| 1:09-cr-00627-2 | Francisco Corona-Saucedo | Lela | Johnson |
| 1:09-cr-00780-1 | Larry Johnson | Lela | Johnson |

| | | | |
|---|---|---|---|
| 1:09-cr-00911-1 | Suppressed | Lela | Johnson |
| 1:09-cr-00926-1 | Carl Murphy | Lela | Johnson |
| 1:09-cr-00927-1 | Monte Harrington | Lela | Johnson |
| 1:09-cr-00928-1 | John Evans | Lela | Johnson |
| 1:09-cr-00928-2 | Stephen Patrick | Lela | Johnson |
| 1:09-cr-00928-3 | Carl Murphy | Lela | Johnson |
| 1:09-cv-06047 | Barcelo v. United States of America | Lela | Johnson |
| 1:10-cr-00482-1 | Naeil Hussein | Lela | Johnson |
| 1:10-cr-00482-2 | Lisa Bazian | Lela | Johnson |
| 1:10-cr-00628-1 | Nicholas Ortega | Lela | Johnson |
| 1:10-cr-00677-1 | Thavatxay Manirat | Lela | Johnson |
| 1:10-cr-00721-1 | Cristian Rene Villatoro | Lela | Johnson |
| 1:10-cr-00871-1 | Tyron Adams | Lela | Johnson |
| 1:10-cr-00871-2 | Kenneth Johnson | Lela | Johnson |
| 1:10-cr-01096-1 | Leobardo Arreola-Aguilar | Lela | Johnson |
| 1:10-cv-01912 | United States of America v. Clark | Lela | Johnson |
| 1:10-cv-05078 | United States of America v. Sanchez | Lela | Johnson |
| 1:11-cr-00339-1 | Michael Dills | Lela | Johnson |
| 1:11-cr-00359-1 | Ricardo Watson | Lela | Johnson |
| 1:11-cr-00406-1 | Jeffrey A Clayton | Lela | Johnson |
| 1:11-cr-00696-1 | Roberto Gonzalez | Lela | Johnson |
| 1:11-cr-00696-2 | Angel Sanchez | Lela | Johnson |
| 1:11-cv-04066 | United States of America v. Williams | Lela | Johnson |
| 1:12-cr-00210-1 | Willie Negron | Lela | Johnson |
| 1:12-cr-00285-1 | Moises Yanes-Medina | Lela | Johnson |
| 1:12-cr-00291-1 | Jarvin Graham | Lela | Johnson |
| 1:12-cr-00618-1 | Alfonso Terriquez | Lela | Johnson |
| 1:12-cr-00793-1 | Ramiro Sanchez | Lela | Johnson |
| 1:12-cr-00925-1 | Mario Magana | Lela | Johnson |
| 1:12-cv-04001 | United States of America v Billingsley | Lela | Johnson |
| 1:12-cv-08170 | United States of America v. Barcelo | Lela | Johnson |
| 1:12-cv-09270 | United States of America v. Salinas-Ospi | Lela | Johnson |
| 1:12-cv-09911 | United States of America v. Phillips | Lela | Johnson |
| 1:13-cr-00106-1 | Teresita Zarrabian | Lela | Johnson |
| 1:13-cr-00106-2 | Michael Smith | Lela | Johnson |
| 1:13-cr-00128-1 | Ismael Garibay | Lela | Johnson |
| 1:13-cr-00128-2 | Victor Feliciano | Lela | Johnson |
| 1:13-cr-00128-3 | Jaime Orozco-Sanchez | Lela | Johnson |
| 1:13-cr-00455-1 | Jose Armando Cardenas | Lela | Johnson |
| 1:13-cr-00501-1 | William Francisco Tot | Lela | Johnson |
| 1:13-cr-00530-1 | Manuel Mejia | Lela | Johnson |
| 1:13-cr-00749-1 | David Garibay-Vargas | Lela | Johnson |
| 1:13-cr-00888-1 | Constantino Perales | Lela | Johnson |
| 1:13-cr-00888-2 | Andrew Strandell | Lela | Johnson |
| 1:13-cv-00351 | United States of America v. O'Connor | Lela | Johnson |
| 1:13-cv-05893 | Guardado Figueroa v. Nicklin | Lela | Johnson |
| 1:13-cv-06870 | United States of America v. Parker | Lela | Johnson |

| | | | |
|---|---|---|---|
| 1:13-cv-09237 | United States of America v. Diggs | Lela | Johnson |
| 1:14-cr-00013-1 | Fernando Heredia-Lopez | Lela | Johnson |
| 1:14-cr-00472-1 | Steve Thomas | Lela | Johnson |
| 1:14-cr-00473-1 | John Thomas | Lela | Johnson |
| 1:14-cr-00473-2 | Daniel Bingmon | Lela | Johnson |
| 1:14-cr-00475-1 | Tyrece McClinton | Lela | Johnson |
| 1:14-cr-00475-2 | Rodearl McElroy | Lela | Johnson |
| 1:14-cr-00476-1 | Traison Watson | Lela | Johnson |
| 1:14-cr-00477-1 | Anthony Logan | Lela | Johnson |
| 1:14-cr-00477-2 | Daniel Jones | Lela | Johnson |
| 1:14-cr-00478-1 | Kenneth Smith | Lela | Johnson |
| 1:14-cr-00478-2 | Rico Smith | Lela | Johnson |
| 1:14-cr-00479-1 | Larry McIntosh | Lela | Johnson |
| 1:14-cr-00479-2 | Charles Hawkins | Lela | Johnson |
| 1:14-cr-00480-1 | Stephen Carlos | Lela | Johnson |
| 1:14-cr-00481-1 | Wesley Pickett | Lela | Johnson |
| 1:14-cr-00525-1 | Omar Tovar Cano | Lela | Johnson |
| 1:14-cr-00571-1 | Charles Decuire | Lela | Johnson |
| 1:14-cr-00571-2 | Wayne Edwards | Lela | Johnson |
| 1:14-cr-00640-1 | Jamel Davis | Lela | Johnson |
| 1:14-cv-06607 | Guardado-Figueroa v. Kuta | Lela | Johnson |
| 1:14-mc-60034 | United States of America v. Suppressed | Lela | Johnson |
| 1:15-cr-00058-1 | Carl Bush | Lela | Johnson |
| 1:15-cr-00214-1 | Johnnie Pernell, Jr. | Lela | Johnson |
| 1:15-cv-08251 | Saunders | Lela | Johnson |
| 1:15-cv-08587 | Saunders | Lela | Johnson |
| 1:16-cv-04241 | Ingram | Lela | Johnson |
| 1:16-cv-05524 | Phillips | Lela | Johnson |
| 1:16-cv-06547 | Manirat | Lela | Johnson |
| 1:16-cv-06713 | Bluford | Lela | Johnson |
| 1:16-cv-06897 | Diggs | Lela | Johnson |
| 1:16-cv-08061 | Logan | Lela | Johnson |
| 1:17-cv-03090 | Ingram | Lela | Johnson |
| 1:77-cr-00509-1 | Frances Gonzales Sandoval | Lela | Johnson |
| 1:77-cr-00509-2 | Jesse Patrick Gonzales | Lela | Johnson |
| 1:77-cr-00509-4 | Ismael Lopez-Diaz | Lela | Johnson |
| 1:77-cr-00509-5 | Armando Garcia-Ruiz | Lela | Johnson |
| 1:85-cr-00177-2 | Dennis Koutavas | Lela | Johnson |
| 1:86-cr-00297-1 | Roger Nelson | Lela | Johnson |
| 1:86-cr-00297-10 | Rudy Flowers | Lela | Johnson |
| 1:86-cr-00297-11 | Darcy Self | Lela | Johnson |
| 1:86-cr-00297-12 | Michael McPhillips | Lela | Johnson |
| 1:86-cr-00297-13 | Terry Riecken | Lela | Johnson |
| 1:86-cr-00297-14 | Michael Sparr | Lela | Johnson |
| 1:86-cr-00297-15 | Kevin Madden | Lela | Johnson |
| 1:86-cr-00297-16 | Timothy Madden | Lela | Johnson |
| 1:86-cr-00297-17 | Edward Garthwait | Lela | Johnson |

| | | | |
|---|---|---|---|
| 1:86-cr-00297-2 | David Jancsar | Lela | Johnson |
| 1:86-cr-00297-3 | Michael Rouse | Lela | Johnson |
| 1:86-cr-00297-4 | Michael Moore | Lela | Johnson |
| 1:86-cr-00297-5 | Michael Madden | Lela | Johnson |
| 1:86-cr-00297-6 | Jeffrey Lee | Lela | Johnson |
| 1:86-cr-00297-7 | George H Riley | Lela | Johnson |
| 1:86-cr-00297-8 | Patrick Page | Lela | Johnson |
| 1:86-cr-00297-9 | George Cortez | Lela | Johnson |
| 1:90-cr-00935-1 | Ricardo Villagrana | Lela | Johnson |
| 1:90-cr-00935-2 | Baltazar Guevera | Lela | Johnson |
| 1:90-cr-00935-3 | Oscar Barraza | Lela | Johnson |
| 1:90-cr-00935-4 | Jose Gasca | Lela | Johnson |
| 1:90-cr-00935-5 | Efrain Fonseca | Lela | Johnson |
| 1:90-cr-00935-6 | Emerio Fonesca | Lela | Johnson |
| 1:93-cr-00350-1 | Dontay Banks | Lela | Johnson |
| 1:93-cr-00350-2 | Carneil H Simmons | Lela | Johnson |
| 1:93-cr-00350-3 | L C Godfrey | Lela | Johnson |
| 1:93-cr-00350-4 | Robert Shipp | Lela | Johnson |
| 1:93-cr-00350-5 | Mario Dunlap | Lela | Johnson |
| 1:93-cr-00350-6 | Michael Willis | Lela | Johnson |
| 1:93-cr-00350-7 | Alton Mills | Lela | Johnson |
| 1:93-cr-00350-8 | Robert Gaines | Lela | Johnson |
| 1:93-cr-00350-9 | Monica Boguille | Lela | Johnson |
| 1:95-cr-00190-1 | Nilesh K Patel | Lela | Johnson |
| 1:95-cr-00190-2 | Charles Lezine | Lela | Johnson |
| 1:95-cr-00523-1 | Philip Ishola | Lela | Johnson |
| 1:95-cr-00523-10 | Anthony Sanyaolu | Lela | Johnson |
| 1:95-cr-00523-11 | Qedugenia Kwabe | Lela | Johnson |
| 1:95-cr-00523-12 | Ronke Atituju | Lela | Johnson |
| 1:95-cr-00523-13 | Kehinde A Abiodun | Lela | Johnson |
| 1:95-cr-00523-14 | Akintola Akindele | Lela | Johnson |
| 1:95-cr-00523-15 | Kadir Apampa | Lela | Johnson |
| 1:95-cr-00523-16 | Samson Obi | Lela | Johnson |
| 1:95-cr-00523-17 | Akeem | Lela | Johnson |
| 1:95-cr-00523-18 | Tony | Lela | Johnson |
| 1:95-cr-00523-19 | Sonny | Lela | Johnson |
| 1:95-cr-00523-2 | Omobola Adegbite | Lela | Johnson |
| 1:95-cr-00523-20 | Joyce Ndlovu | Lela | Johnson |
| 1:95-cr-00523-3 | Folashade A Lawal | Lela | Johnson |
| 1:95-cr-00523-4 | Oluwatoyin Lawal | Lela | Johnson |
| 1:95-cr-00523-5 | Akanni Hamzat | Lela | Johnson |
| 1:95-cr-00523-6 | Adejuwon Adeniji | Lela | Johnson |
| 1:95-cr-00523-7 | Adetoro Adeniji | Lela | Johnson |
| 1:95-cr-00523-8 | Morningstar Abisola Okundren | Lela | Johnson |
| 1:95-cr-00523-9 | Islamia Adebayo | Lela | Johnson |
| 1:97-cv-06503 | Roth v. Natl RR Passenger, et al | Lela | Johnson |
| 1:98-cr-00444-1 | David Mandel | Lela | Johnson |

| | | | |
|---|---|---|---|
| 1:98-cr-00444-2 | John J Carcerano | Lela | Johnson |
| 1:98-cr-00444-3 | Belinda Lopez | Lela | Johnson |
| 1:98-cr-00444-4 | June Stack | Lela | Johnson |
| 1:99-cr-00842-1 | Demetrius Rogers | Lela | Johnson |

| MC Case Number | Case Name | AUSA Last Name |
|---|---|---|
| 1:01-mc-00125 | USA v. Serial No 9AZG6 | Johnson |
| 1:01-mc-00235 | USA v. 7459 N Western Ave | Johnson |
| 1:01-mc-00236 | USA v. 2353 W Birchwood Ave | Johnson |
| 1:01-mc-00237 | USA v. Systemex 004190598 | Johnson |
| 1:01-mc-00238 | USA v. E Machine 400 | Johnson |
| 1:01-mc-00239 | USA v. Gateway P5-166 | Johnson |
| 1:01-mc-00240 | USA v. Acer Aspire | Johnson |
| 1:01-mc-00241 | USA v. Dell Optiplex/GX110 | Johnson |
| 1:01-mc-00242 | USA v. Systemex | Johnson |
| 1:01-mc-00243 | USA v. Compaq | Johnson |
| 1:02-mc-00192 | USA v. 5078 Sedona Ct | Johnson |
| 1:03-mc-00053 | USA v. V#WDBNG75J62A225238 | Johnson |
| 1:06-mc-00118 | United States of America v. 1550 N. Mannheim Road, Stone Park, IL | Johnson |
| 1:07-mc-00010 | United States of America v. 1300 W. Exchange Avenue, Chicago, Illinois | Johnson |
| 1:07-mc-00025 | United States of America v. 4931 W. 87th Street, Unit 1NW, Oak Lawn, Illinois | Johnson |
| 1:07-mc-00402 | United States of America v. 4227 Clearwater Lane, Naperville, Illinois | Johnson |
| 1:07-mc-00403 | United States of America v. Wide Open West, 1674 Frontec Road, Naperville, IL 60563 | Johnson |
| 1:12-mc-00269 | United States of America v. Guardado Figueroa | Johnson |
| 1:13-mc-00349 | United States of America v. The three cellular telephones | Johnson |
| 1:13-mc-00485 | United States of America v. Single-Business medical office building located at 1016 7th Street, Peru, Illinois | Johnson |
| 1:13-mc-00505 | United States of America v. 2004 Mazda RX8 located at 1016 7th Street, Peru, Illinois | Johnson |
| 1:13-mc-00506 | United States of America v. Hewlett Packard laptop computer, 14 CD/DVDs and a Samsung cellular phone | Johnson |
| 1:13-mc-00625 | United States of America v. 1347 Peoria St., Crete, Illinois | Johnson |
| 1:13-mc-00656 | United States of America v. The Computer assigned Internet Protocol Address 192.210.202.24 | Johnson |
| 1:15-mc-00060 | United States of America v. Cellular Telephone | Johnson |
| 1:15-mc-00092 | United States of America v. The Single-Family Home Located at 7637 S. Evans, Chicago, Illinois et al | Johnson |
| 1:15-mc-60007 | United States of America | Johnson |
| 1:15-mc-60035 | United States of America | Johnson |
| 1:18-mc-00095 | UNITED STATES OF AMERICA v. U.S. Express Package Mail tracking number EM076923393US | Johnson |
| 1:18-mc-00096 | United States Of America v. U.S. Express Mail package tracking number EL521783179US | Johnson |
| 1:18-mc-00097 | United States of America, v. Apartment located at 4810 N. Lavergne, Apartment #401, Chicago, IL | Johnson |